In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of JOHN J. RIORDAN, an Attorney and Counselor at Law.— Matter referred to Hon. Norman S. Dike, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

In the Matter of LOUIS TAYLOR, an Attorney, Respondent.—Attorney disbarred and his name ordered struck from the roll of attorneys. In the County Court of Westchester county this attorney pleaded guilty to the crime of feloniously refusing to pay over to the Comptroller of the State of New York moneys received as police justice for fines, etc., for divers violations of the provisions of the Vehicle and Traffic Law. The crime being a felony, his disbarment necessarily follows. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

LONG ISLAND LIGHTING COMPANY, Appellant, v. INCORPORATED VILLAGE OF NEW HYDE PARK and Others, Respondents. (Action No. 2.) — Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. N. W. MINUSE & Co., INC., and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Davis and Johnston, JJ.; Adel, J., not voting.

JOHN RIZZO, Respondent, v. CARMELA RIZZO, Appellant.— Motion to resettle order dated January 24, 1936, denied. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

LUC ROCHEFORT, Respondent, v. JAMES A. STILLMAN, Appellant, and EMILY M. BAKER, Defendant.— Motion for reargument denied, with leave to plaintiff to apply at Special Term to restore the case to the calendar on newly-discovered facts, if so advised. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

MORRIS TANENBAUM, Appellant, v. ABRAHAM HERZFELD, Also Known as ABE HERZFELD, and Another, Respondents, and MANUFACTURERS TRUST COMPANY, Defendant.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

GEORGE S. DASO, as Trustee for THOMAS & BUCKLEY HOISTING COMPANY, Appellant, v. UNITED HOISTING CO., INC., Respondent.— In an action to recover $10,000, the retirement price of certain preferred stock owned by the plaintiff, under the defendant's certificate of incorporation and its agreement with plaintiff, order denying plaintiff's motion to strike out the separate defense contained in defendant's answer affirmed, with ten dollars costs and disbursements. In our opinion, that defense is sufficient in law. (Daso v. United Hoisting Co., Inc., 245 App. Div. 843; affd., 269 N. Y. 659.) Lazansky, P. J., Young, Hagarty, Johnston and Taylor, JJ., concur.